ORIGINAL

FILED

OCT - 6 2006

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'06 CR 2147 L

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N F O R M A T I O N |
| v. | |
| MICHAEL E. LAUDE, | Title 18, U.S.C., Sec. 1832(a)(1) - Theft of Trade Secrets |
| Defendant. | |

The United States Attorney charges:

Count 1

Beginning on or about June 2, 2002, to and including October 11, 2002, within the Southern District of California, defendant MICHAEL E. LAUDE, knowingly obtained by fraud, artifice and deception trade secrets owned by Qualcomm, Inc., to wit, approximately 443,662 files containing the source code for Qualcomm hardware and software products, including but not limited to the Brew Distribution System, a product in interstate and foreign commerce, with intent to convert the trade secrets to the economic benefit of Nokia, Inc., and

MDD:mdd:San Diego
08/04/06

1  intending and knowing that Qualcomm, Inc., would be injured by this
2  offense, in violation of Title 18, United States Code, Section
3  1832(a)(1).

4
    DATED: October 3, 2006

5
6                          STEPHEN P. CLARK
                           Acting United States Attorney

7
8                          MITCHELL D. DEMBIN
                        Assistant U.S. Attorney

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28